ALLMTN, MDL, TERMED

# U.S. District Court
## District of Colorado (Denver)
### CIVIL DOCKET FOR CASE #: 1:07-cv-00693-MSK-MEH
### Internal Use Only

Behnke v. Pfizer, Inc. et al  
Assigned to: Judge Marcia S. Krieger  
Referred to: Magistrate Judge Michael E. Hegarty  
Case in other court: MDL, 1699  
Cause: 28:1391 Personal Injury

Date Filed: 04/05/2007  
Date Terminated: 06/04/2007  
Jury Demand: Both  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity

**Plaintiff**

Donald C. Behnke  represented by  **Vance Robert Andrus**  
Andrus Boudreaux, PLC  
1775 Sherman Street  
#3100  
Denver, CO 80203  
303-376-6360  
Fax: 303-376-6361  
Email: vandrus@yahoo.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Pfizer, Inc.  represented by  **Katherine Michele Anderson**  
Socha Perczak Setter & Anderson, P.C.  
1775 Sherman Street  
#1925  
Denver, CO 80203  
303-832-7265  
Fax: 303-832-7438  
Email: kmanderson@spalegal.com

**Defendant**

Pharmacia Corporation  represented by  **Katherine Michele Anderson**  
(See above for address)

**Defendant**

Monsanto Company  represented by  **Katherine Michele Anderson**  
(See above for address)

**Defendant**

G.D. Searle & Company  represented by  **Katherine Michele Anderson**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/05/2007 | 1 | Plaintiff's Original COMPLAINT and Demand for Trial by Jury against Pfizer, Inc., Pharmacia Corporation, Monsanto Company, G.D. Searle & Company ( Filing fee $ |

*I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and record in my office. WITNESS my hand and SEAL of said Court this 7th day of May, 2007.*  
GREGORY C. LANGHAM  
By _____ Deputy

| | | |
|---|---|---|
| | | 350, Receipt Number COX000460) Summons issued, filed by Donald C. Behnke. (Attachments: # 1 Civil Cover Sheet # 2 Receipt)(llr, ) (Entered: 04/06/2007) |
| 04/06/2007 | 2 | Letter from Clerk to MDL Panel advising case may be related to MDL 1699. (llr, ) (Entered: 04/06/2007) |
| 04/10/2007 | 3 | ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS: Any exhibits and depositions to be used during this case, counsel for the parties shall obtain such exhibits and depositions from the Court within 30 days after any judgment is entered or closure of the case. Counsel shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. Failure to retrieve exhibits and depositions in conformance with this Order may result in their destruction. Signed by Judge Marcia S. Krieger on 4/9/07. (dln, ) (Entered: 04/10/2007) |
| 04/10/2007 | 4 | ORDER OF REFERENCE TO MAGISTRATE JUDGE AND LETTER TO COUNSEL: CASE referred to Magistrate Judge Michael E. Hegarty by Judge Krieger. (dln, ) (Entered: 04/10/2007) |
| 04/10/2007 | 5 | MINUTE ORDER Scheduling Conference set for 7/16/2007 09:30 AM before Magistrate Judge Michael E. Hegarty in Courtroom 203 located on the second floor of the Byron G. Rogers U.S. District Courthouse, 1929 Stout Street, Denver, Colorado. Entered by Magistrate Judge Michael E. Hegarty on 4/10/2007. (mehcd) (Entered: 04/10/2007) |
| 04/11/2007 | 6 | SUMMONS Returned Executed by Donald C. Behnke. Pfizer, Inc. served on 4/6/2007, answer due 4/26/2007; Pharmacia Corporation served on 4/6/2007, answer due 4/26/2007; Monsanto Company served on 4/6/2007, answer due 4/26/2007; G.D. Searle & Company served on 4/6/2007, answer due 4/26/2007. (Andrus, Vance) (Entered: 04/11/2007) |
| 04/17/2007 | 7 | AFFIDAVIT/RETURN of Service of *Order of Reference to Magistrate Judge; Letter form the Honorable Marcia C. Krieger; and Minute Order Dated April 10, 2007* upon The Corporation Company, registered agent for Defendants: Pfizer, Inc., Parmacia Corporation, and G.D. Searle & Co., and upon The Corporation Service Company, registered agent for Defendant: Monsanto Company. on 4/13/2007, filed by Plaintiff Donald C. Behnke (Andrus, Vance) (Entered: 04/17/2007) |
| 04/26/2007 | 8 | ANSWER to Complaint with Jury Demand by Pfizer, Inc., Pharmacia Corporation, Monsanto Company, G.D. Searle & Company.(Anderson, Katherine) (Entered: 04/26/2007) |
| 04/26/2007 | 9 | CORPORATE DISCLOSURE STATEMENT by Defendants Pfizer, Inc., Pharmacia Corporation, Monsanto Company, G.D. Searle & Company. (Anderson, Katherine) (Entered: 04/26/2007) |
| 04/26/2007 | 10 | Unopposed MOTION to Stay *of All Proceedings Pending Transfer to Multidistrict Litigation Proceedings* by Defendants Pfizer, Inc., Pharmacia Corporation, Monsanto Company, G.D. Searle & Company. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Anderson, Katherine) (Entered: 04/26/2007) |
| 05/02/2007 | 11 | Letter from MDL Clerk to USDC (San Francisco) Judge Charles Breyer re: CTO-63 of this case into MDL 1699. (llr, ) (Entered: 05/07/2007) |
| 05/15/2007 | 12 | Copy of Letter from MDL Panel to Clerk (USDC, San Francisco) re: CTO-63, transfer to the Northern District of California and assigned to Judge Breyer. (llr, ) (Entered: 05/18/2007) |
| 06/04/2007 | 13 | Conditional Transfer ORDER (CTO-63) by Clerk of the MDL Panel filed 4/25/07 of this case into MDL 1699 In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation pending before Judge Charles R. Breyer, USDC Northern Dist of CA (Attachments: # 1 Transmittal Letter)(lamsl, ) (Entered: 06/06/2007) |